UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PETER NELSEN,  Civil No. 13-3116 (MJD/JJG)

    Petitioner,

v.  **ORDER ON REPORT AND RECOMMENDATION**

LUCINDA JESSON,
Commissioner of the Minnesota Department of Human Services

    Respondent.

The above-captioned matter is before the Court on the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham [Doc. #3]. No objections were filed in the time period permitted. Accordingly, based upon the Report and Recommendation and all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, [Doc. #1], is **DENIED**;

2. This action is **DISMISSED**; and

3. Petitioner is **NOT** granted a Certificate of Appealability.

Dated: January 9, 2014

                                        s/Michael J. Davis
                                        MICHAEL J. DAVIS
                                        Chief United States District Judge